GARIN LAW GROUP
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
ANGELA OCHOA, ESQ.
Nevada Bar No.10164
9900 Covington Cross Drive, Suite 210
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@garinlawgroup.com
aochoa@garinlawgroup.com

*Attorneys for Plaintiff*

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAGNESIS CORPORATION, a Wyoming corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMSTOCK INC., a Nevada corporation; COMSTOCK IP HOLDINGS LLC, a Delaware limited liability company; BIOLEUM CORPORATION, a Nevada corporation; and BIOLEUM IP HOLDINGS LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 3:26-cv-00446-MMD-CSD<br><br>**STIPULATION AND ORDER TO ATTEND CASE MANAGEMENT CONFERENCE VIA REMOTE APPEARANCE** |

Plaintiff Magnesis Corporation ("Plaintiff"), by and through its undersigned counsel at GARIN LAW GROUP, and Defendants Comstock, Inc., Comstock IP Holdings LLC, Bioleum Corporation, and Bioleum IP Holdings LLC (collectively, "Defendants"), by and through their undersigned counsel at McDONALD CARANO LLP, hereby jointly stipulate and agree as follows:

1. On August 17, 2026, the Court issued an Order Setting Case Management Conference in the above matter on Wednesday, September 30, 2026, at 9:00

a.m., before United States Magistrate Judge Craig Denney in Courtroom 2 of The United States District Court, District of Nevada, located in Reno, Nevada.

2. Counsel for Plaintiff and Defendants both hold principal place of business in Las Vegas, Nevada.

3. In the interest of judicial economy and efficiency and to minimize legal expenses, the parties have agreed to appear remotely and seek the Court's permission to do so.

4. The parties therefore respectfully seek the Court's approval to appear remotely, via telephonic and/or video appearance as the Court may direct at the scheduled Case Management Conference on Wednesday, September 30, 2026, at 9:00 a.m.

**IT IS SO STIPULATED**.

| | |
|---|---|
| DATED this 20th day of August, 2026.<br><br>GARIN LAW GROUP<br><br>By: */s/ Angela Ochoa* _____________<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>ANGELA OCHOA, ESQ.<br>Nevada Bar No.10164<br>9900 Covington Cross Drive, Suite 210<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Plaintiff* | DATED this 20th day of August, 2026.<br><br>McDONALD CARANO LLP<br><br>*By: /s/ Emily Dennis* _____________<br>RORY T. KAY (NSBN 12416)<br>EMILY M. DENNIS (NSBN 16396)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: (702) 873-4100<br><br>*Attorneys for Defendants Comstock, Inc., Comstock IP Holdings LLC, Bioleum Corporation, and Bioleum IP Holdings LLC* |

**IT IS SO ORDERED:**

____________________________
UNITED STATES MAGISTRATE JUDGE

DATED: August 20, 2026

GARIN LAW GROUP
9900 Covington Cross Drive, Suite 210, Las Vegas, Nevada 89144
Telephone: (702) 382-1500 Facsimile: (702) 382-1512